**YU | MOHANDESI LLP**

**Pavel Ekmekchyan** (SBN 223222)
213.985.2007 | pavel@yumollp.com
**Lisa M. Lawrence** (SBN 240375)
213.377.5504 | llawrence@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
Verizon Wireless Services, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE C. JOHNSON, an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>VERIZON WIRELESS SERVICES, LLC, a business entity, form unknown; RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a business entity, form unknown; SEQUIUM ASSET SOLUTIONS, LLC, a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., a business entity, form unknown; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-04624<br><br>**DEFENDANT VERIZON WIRELESS SERVICES, LLC'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1-1, the undersigned, counsel of record for Defendant Verizon Wireless Services, LLC ("Verizon Wireless"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Verizon Wireless is fully owned by Cellco Partnership d/b/a Verizon Wireless ("Cellco Partnership"), which in turn has three members:

1. Bell Atlantic Mobile Systems LLC, which is wholly owned by MCI Communications Services Inc.;

2. GTE Wireless LLC, which is wholly owned by Verizon Communications Inc.; and

3. Verizon Americas Inc., which is wholly owned by Verizon Communications Inc.

Verizon Wireless further states that it is indirectly wholly owned by Verizon Communications Inc., as are the other foregoing companies. No publicly held company owns 10 percent or more of Verizon Communications Inc.

DATED: July 5, 2024         **YU | MOHANDESI LLP**

By:   */s/ Pavel Ekmekchyan*
      Pavel Ekmekchyan
      Lisa M. Lawrence
      Attorneys for Defendant
      Verizon Wireless Services, LLC

# CERTIFICATE OF SERVICE

I certify that on July 5, 2024, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

Robert F. Brennan<br>
**LAW OFFICES OF ROBERT F. BRENNAN, APC**<br>
2103 Montrose Ave. Suite D<br>
Montrose, CA 91020<br>
Email: rbrennan@brennanlaw.com<br>
*Attorney for Plaintiff*

DATED:  July 5, 2024                    By */s/ Pavel Ekmekchyan*
                                            Pavel Ekmekchyan